SCHIFF HARDIN LLP
Maxim H. Waldbaum
900 Third Avenue, 23rd floor
New York, New York 10022
(P) 212.753.5000
(F) 212.753.5044

Attorney for Plaintiff
Richard Brandt

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| RICHARD BRANDT, | : |
| Plaintiff, | : |
| -against- | : 09 CV 8336 |
| | : |
| | : **NOTICE OF VOLUNTARY** |
| | : **DISMISSAL OF LLOYD V.** |
| | : **SMITH** |
| LLYOYD V. SMITH AND NATIONAL COLLEGIATE ATHLETIC ASSOCIATION | : |
| Defendants. | : |

-----------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Richard Brandt hereby voluntarily dismisses Defendant Lloyd V. Smith from this action.

Respectfully submitted,

By: _/s/_

Maxim H. Waldbaum
Schiff Hardin LLP
900 Third Avenue, 23rd Floor
New York, NY 10022
(212) 753-5000

*Attorney for Plaintiff*
Richard Brandt

NY\50686273.1